**UNPUBLISHED ORDER**

Not to be cited per Circuit Rule 53

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 18, 2005

Before

**Hon.** WILLIAM J. BAUER, Circuit Judge

**Hon.** RICHARD A. POSNER, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* | | Appeal from the United States District Court for the Northern District of Indiana, South Bend Division. |
| **No**. 03-4211 **v.** | | |
| RALPH A. ROMERO, *Defendant-Appellant.* | | No. 3:03-CR-18 RM Robert L. Miller, Jr., *Chief Judge.* |

## Order

On limited remand under *United States v. Paladino*, 401 F.3d 471, 481-85 (7th Cir. 2005), the district judge concluded that he would not have imposed a lower sentence had he known that the Guidelines are advisory.

In response to our invitation, the parties have filed memoranda. Romero does not contend that the sentence he received--420 months' imprisonment for distributing more than 50 tons of marijuana--is "unreasonable," the post-*Booker* standard of appellate review. Instead he contends that application to him of Justice Breyer's opinion for the remedial majority in *Booker* would violate ex post facto principles applied through the due process clause. That position was considered and rejected in *United States v. Jamison*, No. 05-1045 (7th Cir. July 20, 2005). Accordingly, the judgment of the district court is affirmed.